UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**KELLY RAY HOLLIS III**  **CIVIL ACTION NO. 24-cv-866**

**VERSUS**  **JUDGE TERRY A. DOUGHTY**

**DEFENSE ADVANCED RESEARCH PROJECTS AGENCY**  **MAGISTRATE JUDGE HORNSBY**

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 21] previously filed herein, having thoroughly reviewed the record, noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this case is hereby **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this the 2nd day of January 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE